7jgmtwoh (7/15)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:* Terrance W. Preszler and Donna M. Preszler
*Debtor*

*Bankruptcy Case No.*
15−50521−can7

**Burdg, Dunham & Associates Construction Corp.**
   Plaintiff(s)

*Adversary Case No.*
16−05002−can

v.

**Terrance W Preszler**
**Donna M Preszler**
   Defendant(s)

## JUDGMENT

     The issues of this proceeding having been duly considered by the Honorable Cynthia A. Norton, United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

*IT IS ORDERED AND ADJUDGED*: Debtors Donna M. Preszler and Terrance W. Preszler are denied a discharge,pursuant to 11 U.S.C. § 523(a)(2)(A),Debtors Donna M. Preszler and Terrance W. Preszler are denied a discharge, pursuant to 11 U.S.C. § 523(a)(4), and Debtors Donna M. Preszler and Terrance W. Preszler are denied a discharge, pursuant to 11 U.S.C. §§ 523(a)(2)(A), (a)(4), and (a)(13), of their obligations outstanding to Plaintiff Burdg, Dunham, & Associates Construction Corp as stated in the Stipulated Judgment and Order entered as document #20.

PAIGE WYMORE−WYNN
Court Executive

By: /s/ Jamie McAdams
    Deputy Clerk



Date of issuance: 8/29/16

Court to serve